ADMINISTRATOR OF ALVIN WOLCOTT, APPELLANT, *v.* SAML. WOLCOTT, APPELLEE.

### *(Practice.)*

APPEAL from probate court.

Mr. Seymour, of counsel for the appellant, applied to the court for leave to the referee, to whom the matter in controversy had, by agreement of the parties and by a rule of the probate court, been referred, to make an additional statement of facts, not made a-part of the case in the court below.

By the court.—It is not competent for the referee to amend his report in this court, and it is even doubtful whether he could be permitted to amend it in the court below.